# EXHIBIT A

## DOUGLAS BRUTT

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Close to Me | The Head on the Door | 65-872 |
| Warner Bros. Records Inc. | Joni Mitchell | A Case Of You | Both Sides Now | 275-916 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Slow Like Honey | Tidal | 227-923 |
| Warner Bros. Records Inc. | Linkin Park | With You | Hybrid Theory | 288-402 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| UMG Recordings, Inc. | Counting Crows | Goodnight Elisabeth | Recovering The Satellites | 226-415 |