UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | Civil No. CA 05-478 ML |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| DOUGLAS BRUTT, | |
| Defendant. | |

**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiffs, Elektra Entertainment Group Inc.,Warner Bros. Records Inc., Sony BMG Music Entertainment, Interscope Records, and UMG Recordings, Inc., by and through their undersigned counsel, respectfully respond to this Court's Order of March 27, 2006 as why this case should not be dismissed.

1. Plaintiffs have reached a settlement in principle with the Defendant in this case. Plaintiffs are currently drafting the settlement documents and are attempting to get them to the Defendant within the next several days. Defendants will then need time to review the documents, sign them and return them to the Plaintiffs.

2. Plaintiffs will provide this Court with an update within three weeks as to the resolution of this matter.

3. Plaintiffs have contacted Defendant's counsel regarding this Response and he does not oppose our response.

WHEREFORE, Plaintiffs respectfully request this Court not dismiss the above-captioned case.

Respectfully submitted,

Dated: 4/7/06

By: James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned further certifies that a true copy of the foregoing document was served upon the Defendant and his Counsel in the above entitled cause via First Class United States mail, with postage fully paid, on the 7th day of April, 2006 addressed as follows:

NEAL LERER
56 CENTRAL SQUARE
CHELMSFORD, MA 01824

MR. DOUGLAS BRUTT
111 LLOYD STREET
PROVIDENCE, RI 02906

James E. O'Neil