UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

DOUGLAS BRUTT,

Defendant.

Civil No. CA 05-478 ML

Judge Mary M. Lisi

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Elektra Entertainment Group Inc., Warner Bros. Records Inc., Sony BMG Music Entertainment, Interscope Records, and UMG Recordings, Inc., (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully request this Court dismiss the above-named case **without prejudice**, each side to bear its own costs and fees. In support thereof, Plaintiffs state the following:

1. The parties have settled this case and agreed to dismiss the case without prejudice.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), "an action may be dismissed without an order of the court (1) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment..."

3. The Defendant has not filed an answer in this case, nor filed a motion for summary judgment.

Enter: Mary M. Lisi USDJ 6/21/06

WHEREFORE, Plaintiffs respectfully, request this Court dismiss the above-named case **without prejudice**, each side to bear its own costs and fees. Plaintiffs further request this court retain jurisdiction over the case to enforce the settlement agreement, should that be necessary.

Respectfully submitted,

Dated: 6/19/06

By: James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned further certifies that a true copy of the foregoing document was served upon counsel for the defendant in the above entitled cause via First Class United States mail, with postage fully paid, on the 19th day of June, 2006, addressed as follows:

NEAL LERER
56 CENTRAL SQUARE
CHELMSFORD, MA 01824

James E. O'Neil